ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
LIZADA LAW FIRM, LTD.
711 S. 9th St.
Las Vegas, NV 89101
Phone: (702) 979-4676
Fax: (702) 979-4121
angela@lizadalaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 19-16525-mkn |
| RONALD E HALL, | Chapter: 13 |
| Debtor, | |

## **DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

**DEBTOR HEREBY GIVES NOTICE THAT:**

- The above entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. § 706, 1112, or 1208;

- That there is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case;

- Debtor has made no arrangement or agreement with any creditor or other person in connection with this request for dismissal;

- Debtor is requesting that this case be dismissed pursuant to 11 U.S.C. § 1307(b).

DATED this 10th day of September, 2019.

          LIZADA LAW FIRM, LTD.

          */s/ Angela J. Lizada*

          ANGELA J. LIZADA, ESQ.
          Nevada Bar No. 11637
          711 S. 9th St.
          Las Vegas, NV 89101
          angela@lizadalaw.com
          Counsel for Debtor.

## CERTIFICATE OF SERVICE

On October 10, 2019, I served the foregoing Notice of Voluntary Dismissal by ECF System to:

RICK A. YARNALL on behalf of Trustee RICK A. YARNALL
ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of October, 2019.

          /s/ Angela J. Lizada, Esq.
          An employee of Lizada Law Firm, Ltd.