NVB 1009 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>RONALD E HALL<br><br>Debtor(s) | BK−19−16525−mkn<br>CHAPTER 13<br><br>NOTICE OF DEBTOR(S)<br>NAME CHANGE |

**NOTICE IS GIVEN** that pursuant to LR 1009, the clerk has changed the name from

    RONALD HALL

to

    RONALD E HALL

on the docket for the following reason:

    \*    Pursuant to Amendment or Amended Petition filed on 10/10/16.

If this does not correctly reflect the debtor(s) information, the debtor(s) is directed to file an amendment to the petition by 10/21/19 and notice the U.S. Trustee, trustee and all creditors.

Dated: 10/11/19

                                                            Mary A. Schott<br>
                                                            Clerk of Court