George Haines, Esq.
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave. #350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for RONALD E HALL

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-19-16525-MKN <br> ) Chapter 13 |
| RONALD E. HALL, | ) <br> ) <br> ) <br> ) <br> ) |
| Debtor(s). | ) |

## EX PARTE STIPULATION REGARDING SUBSTITUTION OF ATTORNEY

The Court Finds as follows:

1.   Debtor filed the instant Chapter 13, Case Number 19-16525 on October 9, 2019 [Docket No. 1].

1

2. RONALD E. HALL hereby substitutes and appoints George Haines, Esq. of the law firm of Haines and Krieger, LLC, 8985 South Eastern Avenue, Suite 350, Las Vegas, Nevada, 89123, as his attorney in the place and stead of Angela J. Lizada, Esq. of the Lizada.Law Firm, LTD.

3. The law office of Lizada Law Firm, LTD hereby consents to the substitution of George Haines, Esq. of the law firm of Haines and Krieger, LLC as attorney for RONALD E. HALL in the above-entitled matter.

4. George Haines, Esq. of the law firm of Haines and Krieger, LLC acknowledges responsibility for all pending dates and deadlines.

Submitted by: /s/George Haines            Date: October 15, 2019
George Haines, Esq.
State Bar No. 009411
8985 South Eastern Ave.
Las Vegas, NV 891123
Attorney for Debtor

Approved by: /s/Ronald E. Hall            Date: October 15, 2019
Ronald E. Hall

Approved by: /s/Angela J. Lizada           Date: October 15, 2019
Angela J. Lizada, Esq.